1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

# DISTRICT OF NEVADA

7

8  FRANKIE MAY,                                    )
                                                   )
9                            Plaintiff,            )     Case No. 2:07-cv-01248-RCJ-GWF
                                                   )
10 vs.                                             )     **FINDINGS AND**
                                                   )     **RECOMMENDATIONS**
11 KRISTINA OLIVARI KRINOR, INC., *et al.*,        )
                                                   )
12                           Defendant.            )
   _____)

13

14        On September 25, 2007, the undersigned Magistrate Judge issued Order (#2), which granted

15 Plaintiff's application to proceed *in forma pauperis*.  However, the Court dismissed Plaintiff's

16 Complaint (#1) for failure to state a claim upon which relief can be granted, with leave to amend the

17 complaint.  Furthermore, the Court directed Plaintiff to file her amended complaint by October 25,

18 2007.  To date, Plaintiff has failed to file her amended complaint within the allotted time period, and

19 the time allowed has expired.  Accordingly,

20                                 **RECOMMENDATION**

21        Based on the foregoing, it is the **recommendation** of the undersigned United States Magistrate

22 Judge that the Complaint should be **dismissed** with prejudice based on Plaintiff's failure to state a

23 claim upon which relief may be granted under Title VII of the Civil Rights Act of 1964.  Plaintiff has

24 not alleged in her facts that she was subjected to discrimination by Defendants on the basis of race,

25 color, religion, sex, or national origin.

26                                     **NOTICE**

27        Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in

28 writing and filed with the Clerk of the Court within ten (10) days.  The Supreme Court has held that the

1    courts of appeal may determine that an appeal has been waived due to the failure to file objections

2    within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1)

3    failure to file objections within the specified time and (2) failure to properly address and brief the

4    objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues

5    from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi*

6    *Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

7            DATED this 6th day of November, 2007.

8

9                                              _____

10                                             **GEORGE FOLEY, JR.**
                                               **UNITED STATES MAGISTRATE JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               2