# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANKIE MAY, | ) | |
| | ) | 2:07-cv-01248-RCJ-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KRISTIN OLIVARI KRINOR, INC., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

     Before the Court for consideration is the Findings and Recommendations of Magistrate Judge George W. Foley, Jr., entered November 6, 2007 (#7). No objections have been filed.

     The Court has conducted a review of the record in this case and determines that the Findings and Recommendations of the United States Magistrate Judge entered November 6, 2006, should be affirmed.

     IT IS THEREFORE ORDERED that Magistrate Judge Foley, Jr.'s Findings and Recommendations (#7) be affirmed and adopted, and that the Complaint be *dismissed with prejudice* based upon Plaintiff's failure to state a claim upon which relief may be granted under Title VII of the Civil Rights Act of 1964.

     DATED:    December 3, 2007

_____
UNITED STATED DISTRICT COURT